UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00222-JMS-TAB |
| | ) | |
| DEREK ATWATER | ) | |
| a/k/a SHORTY, | ) | |
| JAMES O. BEASLEY | ) | |
| a/k/a JAKE, | ) | |
| RICHARD BERNARD GRUNDY, III | ) | |
| a/k/a WHITE BOY, | ) | |
| EZELL NEVILLE | ) | |
| a/k/a BO, | ) | |
| UNDRAE MOSEBY | ) | |
| a/k/a SOUNDRAE EVANS, | ) | |
| | ) | |
| Defendants. | ) | |

**VERDICT FORMS**

## VERDICT

### Count One – Conspiracy to Distribute Controlled Substances

With respect to the charge of conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as described in Count One of the Superseding Indictment, we the jury unanimously find as follows:

(1)   As to defendant **DEREK ATWATER:**

GUILTY ___X___          NOT GUILTY _____

(2)   As to defendant **JAMES O. BEASLEY:**

GUILTY ___X___          NOT GUILTY _____

(3)   As to defendant **RICHARD BERNARD GRUNDY, III:**

GUILTY ___X___          NOT GUILTY _____

(4)   As to defendant **EZELL NEVILLE:**

GUILTY ___X___          NOT GUILTY _____

(5)   As to defendant **UNDRAE MOSEBY:**

GUILTY ___X___          NOT GUILTY _____

*IF YOU HAVE FOUND ANY OF THE DEFENDANTS GUILTY OF COUNT ONE, above, answer the following additional questions regarding Count One.*

*IF YOU HAVE FOUND ALL OF THE DEFENDANTS NOT GUILTY OF COUNT ONE, skip the following additional questions and proceed to Count Two.*

Additional Question 1 (Count One - Methamphetamine):

With respect to Count One, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the conspiracy to distribute controlled substances was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine [*check only one line*]:

Yes ⨯̲ ̲ ̲ ̲ ̲ ̲

No ̲ ̲ ̲ ̲ ̲ ̲

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT ONE), skip Additional Question 2 regarding Count One and proceed to Additional Question 3.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT ONE), answer Additional Question 2 regarding Count One*

Additional Question 2 (Count One - Methamphetamine):

With respect to Count One, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the conspiracy to distribute controlled substances was 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine [*check only one line*]:

Yes ̲ ̲ ̲ ̲ ̲ ̲

No ̲ ̲ ̲ ̲ ̲ ̲

Additional Question 3 (Count One - Cocaine):

With respect to Count One, we the jury find that the government has proved beyond a reasonable doubt that the amount of cocaine involved in the conspiracy to distribute controlled

substances was <u>500 grams or more of a mixture or substance containing a detectable amount of</u>

<u>cocaine</u> [*check only one line*]:

Yes _____✗_____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 3 (COUNT ONE), proceed to Additional Question 4 regarding Count One.*

<u>Additional Question 4 (Count One - Heroin):</u>

With respect to Count One, we the jury find that the government has proved beyond a reasonable doubt that the amount of heroin involved in the conspiracy to distribute controlled substances was <u>100 grams or more of a mixture or substance containing a detectable amount of</u>

<u>heroin</u> [*check only one line*]:

Yes _____✗_____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 4 (COUNT ONE), proceed to Additional Question 5 regarding Count One.*

<u>Additional Question 5 (Count One - Marijuana):</u>

With respect to Count One, we the jury find that the government has proved beyond a reasonable doubt that the amount of marijuana involved in the conspiracy to distribute controlled substances was <u>100 kilograms or more of a mixture or substance containing a detectable amount</u>

<u>of marijuana</u> [*check only one line*]:



Yes _____✗_____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 5 (COUNT ONE), proceed to Count Two.*

_____8/15/19_____                          ████████████████
Date                                                                          Presiding Juror

# VERDICT

## Count Two – Engaging in a Continuing Criminal Enterprise

With respect to the charge of engaging in a continuing criminal enterprise, in violation of Title 21, United States Code, Sections 848(a) and (b)(1), as described in Count Two of the Superseding Indictment, we the jury unanimously find the Defendant **RICHARD BERNARD GRUNDY, III** as follows:

GUILTY __✗__                 NOT GUILTY _____

__8|15|19__
Date

_____
Presiding Juror

# VERDICT

## Count Six – Distribution of Methamphetamine

With respect to the charge of distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Six of the Superseding Indictment, we the jury unanimously find the Defendant **RICHARD BERNARD GRUNDY, III** as follows:

GUILTY           NOT GUILTY _____

*IF YOU HAVE FOUND RICHARD BERNARD GRUNDY, III GUILTY OF COUNT SIX, above, answer the following additional questions regarding Count Six.*

*IF YOU HAVE FOUND RICHARD BERNARD GRUNDY, III NOT GUILTY OF COUNT SIX, skip the following additional questions and proceed to Count Nine.*

Additional Question 1 (Count Six):

With respect to Count Six, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was <u>50 grams or more of actual methamphetamine</u> [*check only one line*]:

Yes \_\_\_\_✕\_\_\_\_

No _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT SIX), skip Additional Question 2 regarding Count Six and proceed to Count Nine.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT SIX), answer Additional Question 2 regarding Count Six.*

<u>Additional Question 2 (Count Six):</u>

With respect to Count Six, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was <u>5 grams or more of actual methamphetamine</u> [*check only one line*]:

Yes _____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT SIX), proceed to Count Nine.*

_____8-15-19_____
Date



Presiding Juror

## VERDICT

## Count Nine – Possession of Methamphetamine With Intent to Distribute

With respect to the charge of possession of methamphetamine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Nine of the Superseding Indictment, we the jury unanimously find the Defendant **DEREK ATWATER** as follows:

GUILTY __X__          NOT GUILTY _____

*IF YOU HAVE FOUND DEREK ATWATER GUILTY OF COUNT NINE,*
*above, answer the following additional questions regarding Count Nine.*

*IF YOU HAVE FOUND DEREK ATWATER NOT GUILTY OF COUNT NINE,*
*skip the following additional questions and proceed to Count Ten.*

Additional Question 1 (Count Nine):

With respect to Count Nine, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was 50 grams or more of actual methamphetamine [*check only one line*]:

Yes __X__

No _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT NINE),*
*skip Additional Question 2 regarding Count Nine and proceed to Count Ten.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT NINE),*
*answer Additional Question 2 regarding Count Nine.*

Additional Question 2 (Count Nine):

With respect to Count Nine, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was <u>5 grams or more of actual methamphetamine</u> [*check only one line*]:

Yes _____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT NINE), proceed to Count Ten.*

___8/15/19___
Date

<u>██████████</u>_____
Presiding Juror

Count 9 – Page 2

## **VERDICT**

## **Count Ten – Distribution of Methamphetamine**

With respect to the charge of distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Ten of the Superseding Indictment, we the jury unanimously find the Defendant **EZELL NEVILLE** as follows:

GUILTY ___X___          NOT GUILTY _____

*IF YOU HAVE FOUND EZELL NEVILLE GUILTY OF COUNT TEN,*
*above, answer the following additional questions regarding Count Ten.*

*IF YOU HAVE FOUND EZELL NEVILLE NOT GUILTY OF COUNT TEN,*
*skip the following additional questions and proceed to Count Eleven.*

Additional Question 1 (Count Ten):

With respect to Count Ten, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was <u>50 grams or more of actual methamphetamine</u> [*check only one line*]:

Yes _____

No ___X___

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT TEN),*
*skip Additional Question 2 regarding Count Ten and proceed to Count Eleven.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT TEN),*
*answer Additional Question 2 regarding Count Ten.*

Additional Question 2 (Count Ten):

With respect to Count Ten, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was <u>5 grams or more of actual methamphetamine</u> [*check only one line*]:

Yes    X

No    _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT TEN), proceed to Count Eleven.*

__8-15-19_____
Date

████████████
Presiding Juror

# VERDICT

## Count Eleven – Distribution of Methamphetamine

With respect to the charge of distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Eleven of the Superseding Indictment, we the jury unanimously find the Defendant **EZELL NEVILLE** as follows:

GUILTY __X__          NOT GUILTY _____

*IF YOU HAVE FOUND EZELL NEVILLE GUILTY OF COUNT ELEVEN,*
*above, answer the following additional questions regarding Count Eleven.*

*IF YOU HAVE FOUND EZELL NEVILLE NOT GUILTY OF COUNT ELEVEN,*
*skip the following additional questions and proceed to Count Twelve*

Additional Question 1 (Count Eleven):

With respect to Count Eleven, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was <u>50 grams or more of actual methamphetamine</u> [*check only one line*]:

Yes __X__

No _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT ELEVEN), skip*
*Additional Question 2 regarding Count Eleven and proceed to Count Twelve.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT ELEVEN),*
*answer Additional Question 2 regarding Count Eleven.*

Additional Question 2 (Count Eleven):

With respect to Count Eleven, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was 5 grams or more of actual methamphetamine [*check only one line*]:

Yes _____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT ELEVEN), proceed to Count Twelve.*

8-15-19
_____
Date

██████████████
_____
Presiding Juror

## **VERDICT**

## **Count Twelve – Distribution of Heroin**

With respect to the charge of distribution of heroin, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Twelve of the Superseding Indictment, we the jury unanimously find the Defendant **EZELL NEVILLE** as follows:

GUILTY _____✗_____          NOT GUILTY _____

_____8-15-19_____
Date

████████████████
Presiding Juror

# VERDICT

## Count Thirteen – Distribution of Methamphetamine

With respect to the charge of distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Thirteen of the Superseding Indictment, we the jury unanimously find the Defendant **EZELL NEVILLE** as follows:

GUILTY __X__          NOT GUILTY _____

*IF YOU HAVE FOUND EZELL NEVILLE GUILTY OF COUNT THIRTEEN,*
*above, answer the following additional questions regarding Count Thirteen.*

*IF YOU HAVE FOUND EZELL NEVILLE NOT GUILTY OF COUNT THIRTEEN,*
*skip the following additional questions and proceed to Count Fourteen.*

Additional Question 1 (Count Thirteen):

With respect to Count Thirteen, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was 50 grams or more of actual methamphetamine [*check only one line*]:

Yes __X__

No _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT THIRTEEN),*
*skip Additional Question 2 regarding Count Thirteen and proceed to Count Fourteen.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT THIRTEEN),*
*answer Additional Question 2 regarding Count Thirteen.*

<u>Additional Question 2 (Count Thirteen):</u>

With respect to Count Thirteen, we the jury find that the government has proved beyond

a reasonable doubt that the amount of methamphetamine involved in the offense was <u>5 grams or</u>

<u>more of actual methamphetamine</u> [*check only one line*]:

Yes _____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT THIRTEEN), proceed to Count Fourteen.*

8-15-19
_____
Date


_____
Presiding Juror

# VERDICT

## Count Fourteen – Distribution of Heroin

With respect to the charge of distribution of heroin, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Fourteen of the Superseding Indictment, we the jury unanimously find the Defendant **EZELL NEVILLE** as follows:

GUILTY __X__                    NOT GUILTY _____

__8-15-19__
Date

██████████████
Presiding Juror

# **VERDICT**

## **Count Fifteen – Distribution of Methamphetamine**

With respect to the charge of distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Fifteen of the Superseding Indictment, we the jury unanimously find the Defendant **EZELL NEVILLE** as follows:

GUILTY ___✗___                NOT GUILTY _____

*IF YOU HAVE FOUND EZELL NEVILLE GUILTY OF COUNT FIFTEEN,*
*above, answer the following additional questions regarding Count Fifteen.*

*IF YOU HAVE FOUND EZELL NEVILLE NOT GUILTY OF COUNT FIFTEEN,*
*skip the following additional questions and proceed to Count Sixteen.*

Additional Question 1 (Count Fifteen):

With respect to Count Fifteen, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was 50 grams or more of actual methamphetamine [*check only one line*]:

Yes ___✗___

No _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT FIFTEEN), skip*
*Additional Question 2 regarding Count Fifteen and proceed to Count Sixteen.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT FIFTEEN),*
*answer Additional Question 2 regarding Count Fifteen.*

<u>Additional Question 2 (Count Fifteen):</u>

With respect to Count Fifteen, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was <u>5 grams or more of actual methamphetamine</u> [*check only one line*]:

Yes _____

No _____


*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT FIFTEEN), proceed to Count Sixteen.*

__8-15-19_____
Date


Presiding Juror

# VERDICT

## Count Sixteen – Possession of Methamphetamine With Intent to Distribute

With respect to the charge of possession of methamphetamine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Sixteen of the Superseding Indictment, we the jury unanimously find the Defendant **JAMES O. BEASLEY** as follows:

GUILTY __X__          NOT GUILTY _____

*IF YOU HAVE FOUND JAMES O. BEASLEY GUILTY OF COUNT SIXTEEN,*
*above, answer the following additional questions regarding Count Sixteen.*

*IF YOU HAVE FOUND JAMES O. BEASLEY NOT GUILTY OF COUNT SIXTEEN,*
*skip the following additional questions and proceed to Count Seventeen.*

Additional Question 1 (Count Sixteen):

With respect to Count Sixteen, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was 50 grams or more of actual methamphetamine [*check only one line*]:



Yes __X__

No _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT SIXTEEN), skip*
*Additional Question 2 regarding Count Sixteen and proceed to Count Seventeen.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT SIXTEEN),*
*answer Additional Question 2 regarding Count Sixteen.*

Additional Question 2 (Count Sixteen):

With respect to Count Sixteen, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was 5 grams or more of actual methamphetamine [*check only one line*]:

Yes _____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT SIXTEEN), proceed to Count Seventeen.*

8-15-19
_____
Date

██████████████████
_____
Presiding Juror

# VERDICT

## Count Seventeen – Possession of Methamphetamine With Intent to Distribute

With respect to the charge of possession of methamphetamine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Seventeen of the Superseding Indictment, we the jury unanimously find the Defendant **JAMES O. BEASLEY** as follows:

GUILTY ___X___ NOT GUILTY _____

*IF YOU HAVE FOUND JAMES O. BEASLEY GUILTY OF COUNT SEVENTEEN, above, answer the following additional questions regarding Count Seventeen.*

*IF YOU HAVE FOUND JAMES O. BEASLEY NOT GUILTY OF COUNT SEVENTEEN, skip the following additional questions and proceed to Count Eighteen.*

Additional Question 1 (Count Seventeen):

With respect to Count Seventeen, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was 50 grams or more of actual methamphetamine [*check only one line*]:

Yes ___X___

No _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT SEVENTEEN), skip Additional Question 2 regarding Count Seventeen and proceed to Count Eighteen.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT SEVENTEEN), answer Additional Question 2 regarding Count Seventeen.*

<u>Additional Question 2 (Count Seventeen):</u>

With respect to Count Seventeen, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was <u>5 grams or more of actual methamphetamine</u> [*check only one line*]:

Yes _____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT SEVENTEEN), proceed to Count Eighteen.*

8-15-19
_____
Date

_____
Presiding Juror

# VERDICT

## Count Eighteen – Possession of Methamphetamine With Intent to Distribute

With respect to the charge of possession of methamphetamine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Eighteen of the Superseding Indictment, we the jury unanimously find the Defendant **RICHARD BERNARD GRUNDY, III** as follows:

GUILTY ___✗___          NOT GUILTY _____

*IF YOU HAVE FOUND RICHARD BERNARD GRUNDY, III GUILTY OF COUNT EIGHTEEN, above, answer the following additional questions regarding Count Sixteen.*

*IF YOU HAVE FOUND RICHARD BERNARD GRUNDY, III NOT GUILTY OF COUNT EIGHTEEN, skip the following additional questions and proceed to Count Nineteen.*

Additional Question 1 (Count Eighteen):

With respect to Count Eighteen, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was <u>50 grams or more of actual methamphetamine</u> [*check only one line*]:

Yes ___✗___

No _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT EIGHTEEN), skip Additional Question 2 regarding Count Eighteen and proceed to Count Nineteen.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT EIGHTEEN), answer Additional Question 2 regarding Count Eighteen.*

<u>Additional Question 2 (Count Eighteen):</u>

With respect to Count Eighteen, we the jury find that the government has proved beyond

a reasonable doubt that the amount of methamphetamine involved in the offense was <u>5 grams or</u>

<u>more of actual methamphetamine</u> [*check only one line*]:

Yes   _____

No   _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT EIGHTEEN),*
*proceed to Count Nineteen.*

__8-15-19_____
Date



_____
Presiding Juror

## VERDICT

### Count Nineteen – Distribution of Methamphetamine

With respect to the charge of distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Nineteen of the Superseding Indictment, we the jury unanimously find the Defendant **EZELL NEVILLE** as follows:

GUILTY ___✗___                NOT GUILTY _____

*IF YOU HAVE FOUND EZELL NEVILLE GUILTY OF COUNT NINETEEN,*
*above, answer the following additional questions regarding Count Nineteen.*

*IF YOU HAVE FOUND EZELL NEVILLE NOT GUILTY OF COUNT NINETEEN,*
*skip the following additional questions and proceed to Count Twenty-One.*

Additional Question 1 (Count Nineteen):

With respect to Count Nineteen, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was 50 grams or more of actual methamphetamine [*check only one line*]:

Yes ___✗___

No _____

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1 (COUNT NINTEEN), skip*
*Additional Question 2 regarding Count Nineteen and proceed to Count Twenty-One.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1 (COUNT NINETEEN),*
*answer Additional Question 2 regarding Count Nineteen.*

<u>Additional Question 2 (Count Nineteen):</u>

With respect to Count Nineteen, we the jury find that the government has proved beyond

a reasonable doubt that the amount of methamphetamine involved in the offense was <u>5 grams or</u>

<u>more of actual methamphetamine</u> [*check only one line*]:

Yes _____

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 2 (COUNT NINETEEN),
proceed to Count Twenty-One.*

8-15-19
_____
Date

_____
Presiding Juror

# VERDICT

## Count Twenty-One – Distribution of Methamphetamine

With respect to the charge of distribution of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Twenty-One of the Superseding Indictment, we the jury unanimously find the Defendant **EZELL NEVILLE** as follows:

GUILTY ___X___          NOT GUILTY _____

*IF YOU HAVE FOUND EZELL NEVILLE GUILTY OF COUNT TWENTY-ONE,*
*above, answer the following additional questions regarding Count Twenty-One.*

*IF YOU HAVE FOUND EZELL NEVILLE NOT GUILTY OF COUNT TWENTY-ONE,*
*skip the following additional questions and proceed to Count Twenty-Two.*

Additional Question 1 (Count Twenty-One):

With respect to Count Twenty-One, we the jury find that the government has proved beyond a reasonable doubt that the amount of methamphetamine involved in the offense was 5 grams or more of actual methamphetamine [*check only one line*]:

Yes ___X___

No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 1 (COUNT TWENTY-ONE),*
*proceed to Count Twenty-Two.*

_____8-15-19_____          ████████████████
Date                            Presiding Juror

## **VERDICT**

### **Count Twenty-Two – Distribution of Heroin**

With respect to the charge of distribution of heroin, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Twenty-Two of the Superseding Indictment, we the jury unanimously find the Defendant **EZELL NEVILLE** as follows:

GUILTY __X___          NOT GUILTY _____

_____8-15-19_____
Date

████████████████████
Presiding Juror

# VERDICT

## Count Twenty-Three – Possession of Methamphetamine With Intent to Distribute

With respect to the charge of possession of methamphetamine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), as described in Count Twenty-Three of the Superseding Indictment, we the jury unanimously find the Defendant **DEREK ATWATER** as follows:

GUILTY __X__          NOT GUILTY _____

8/15/19
_____
Date

█████████████
_____
Presiding Juror

# VERDICT

## Count Twenty-Four – Conspiracy to Launder Monetary Instruments

With respect to the charge of conspiracy to launder monetary instruments, in violation of Title 18, United States Code, Section 1956(h), as described in Count Twenty-Four of the Superseding Indictment, we the jury unanimously find as follows:

(1)     As to defendant **EZELL NEVILLE:**

GUILTY ___X___          NOT GUILTY _____

(2)     As to defendant **RICHARD BERNARD GRUNDY, III:**

GUILTY ___X___          NOT GUILTY _____

_____8/15/19_____          ████████████
Date                                            Foreperson